IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01256-MSK-OES

CHUCK N. BEAUCHAMP,

    Plaintiff,

v.

BERSA, S.A., an Argentina Corporation doing business in the State of Colorado and
EAGLE IMPORTS, INC., a New Jersey corporation doing business in the State of Colorado,

    Defendants.

_____

**ORDER CLOSING CASE**
_____

**THIS MATTER** comes before the Court *sua sponte*. On July 30, 2004, Magistrate Judge Schlatter entered a Minute Order **(# 23)** observing that the case had been settled and giving the parties until August 13, 2004 to submit dismissal documents. The parties were advised that the failure to submit such documents would result in the action being dismissed without any further notice or hearing. The docket does not reflect that any dismissal papers were ever submitted.

Based upon the Magistrate Judge's Minute Order, the Court **DISMISSES** this action for failure to prosecute under Fed. R. Civ. P. 41(b). The Clerk of the Court shall close this case.

Dated this 15th day of September, 2005

                                                    **BY THE COURT:**

                                                    _____

                                                    Marcia S. Krieger
                                                    United States District Judge